UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
KARAVADO TRANSPORTATION CORP     :
                                            :
              Plaintiff,        :      3:11-CV- 00419 (JBA)
                                            :
    -against-                    :
                                            :
EMIRATES TRADING AGENCY LLC,    :
EMPEROR MARINE INC.              :
DOLPHIN MARITIME CO. LTD.         :
QUEEN MARINE INC.                :
FUTURE MARINE LIMITED         :
                                            :
              Defendants.     :
---------------------------------------------------------------X

**ANSWER OF GARNISHEE SIGMA TANKERS INC. TO THE ORDER
AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Garnishee, Sigma Tankers Inc. ("Sigma"), by and through its undersigned attorneys, pursuant to Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims, hereby responds as follows to the Order and Process of Maritime Attachment and Garnishment in this matter:

1.     As of present date, Sigma is holding the following amounts due defendants Emperor Marine Inc., Dolphin Maritime Co. Ltd. and Queen Marine Inc.:

              Emperor Marine Inc.:     $698,593.93

              Dolphin Maritime Co. Ltd.:  $249,608.15

              Queen Marine Inc.:     $1,277,994.69

2.     The amounts due these defendants arise from their membership in the Sigma Tankers Pool ("Pool").   There is a running account of debits and credits between the Pool and each active member of the Pool as the members' vessels trade and carry cargo as part of the

Pool.   The amounts due any member at any one time are therefore subject to this running account.   The vessels contributed to the Pool by Emperor Marine Inc. and Queen Marine Inc. remain members of the Pool.   Pursuant to the terms of the Sigma Pool Agreement, the ATLANTIC GALAXY, which was contributed to the Pool by Dolphin Maritime Co. Ltd., was removed from the Pool on April 28, 2011, with an effective removal date of January 29, 2011, which resulted in an preliminary adjustment of the amount due to Dolphin Maritime Co. Ltd.. A final adjustment is expected near the end of 2011.

       3.   Sigma has no debts, credits or effects of defendants Emirates Trading Agency L.L.C.   and Future Marine Limited.

                                     Respectfully submitted,

Dated:   <u>May 10, 2011</u>               */s/ Richard J. Basile*_____
                                     Richard J. Basile, ct20491
                                     ST. ONGE STEWARD JOHNSTON & REENS LLC
                                     986 Bedford Street
                                     Stamford, Connecticut 06905-5619
                                     Telephone: (203) 324-6155
                                     Facsimile: (203) 327-1096
                                     Email: rbasile@ssjr.com; litigation@ssjr.com

                                     *Of counsel:*
                                     Todd P. Kenyon
                                     BETANCOURT, VAN HEMMEN, GRECO
                                         & KENYON LLC
                                     46 Trinity Place
                                     New York, New York 10006
                                     Telephone: 212-297-0050
                                     Email:   TKenyon@bvgklaw.com

                                     Attorneys for Garnishee Sigma Tankers Inc.

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on May 10, 2011, a true and accurate copy of the foregoing **ANSWER OF GARNISHEE SIGMA TANKERS INC. TO THE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.   Parties may access this filing through the Court's system.


<u>May 10, 2011 </u>                                          <u>*/s/ Joan M. Burnett*                     </u>
Date                                                                 Joan M. Burnett

3