UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| KARAVADO TRANSPORTATION CORP | : |
| | : |
| Plaintiff, | :  3:11-CV- 00419 (JBA) |
| | : |
| -against- | : |
| | : |
| EMIRATES TRADING AGENCY LLC, | : |
| EMPEROR MARINE INC. | : |
| DOLPHIN MARITIME CO. LTD. | : |
| QUEEN MARINE INC. | : |
| FUTURE MARINE LIMITED | : |
| | : |
| Defendants. | : |

---

### ANSWER OF GARNISHEE HEIDMAR INC. TO THE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Garnishee, Heidmar Inc. ("Heidmar"), by and through its undersigned attorneys, pursuant to Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims, hereby responds as follows to the Order and Process of Maritime Attachment and Garnishment in this matter: As of present date, Heidmar is not holding any debts, credits or effects of the defendants Emirates Trading Agency LLC, Emperor Marine Inc., Dolphin Maritime Co. Ltd., Queen Marine Inc. and Future Marine Limited.

1

                                                                 Respectfully submitted,

Dated:   May 10, 2011                 */s/ Richard J. Basile*
                                                    Richard J. Basile, ct20491
                                                    St. Onge Steward Johnston & Reens LLC
                                                    986 Bedford Street
                                                    Stamford, Connecticut 06905-5619
                                                    Telephone: (203) 324-6155
                                                    Facsimile: (203) 327-1096
                                                    Email: rbasile@ssjr.com; litigation@ssjr.com


                                                   *Of counsel:*
                                                   Todd P. Kenyon
                                                   Betancourt, Van Hemmen, Greco
                                                        & Kenyon LLC
                                                   46 Trinity Place
                                                   New York, New York 10006
                                                   Telephone: 212-297-0050
                                                   Email:   TKenyon@bvgklaw.com

                                                   Attorneys for Garnishee Heidmar Inc.

## CERTIFICATE OF SERVICE

      This is to certify that on May 10, 2011, a true and accurate copy of the foregoing **ANSWER OF GARNISHEE HEIDMAR INC. TO THE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

<u>May 10, 2011</u>                        <u>*/s/ Joan M. Burnett*</u>
Date                                     Joan M. Burnett